**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NATIVE AMERICAN CONTRACTORS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Case No. 07-270C<br><br>(Judge Miller) |

**DEFENDANT'S ANSWER**

For its answer to the complaint, defendant, the United States, admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. Admits.

4. Admits the allegations contained in the first sentence of paragraph 4 to the extent they are supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 4. Admits the allegation in the second sentence of paragraph 4 that the contract, the plans, the specifications and related contract documents are not attached to the complaint. The remainder of the allegations contained in the second sentence of paragraph 4 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

5. Admits the allegations contained in paragraph 5 to the extent that they are

consistent with the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent that they are consistent with the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in the first sentence of paragraph 6.

7. Denies. The defendant further avers that the plaintiff's performance was poor.

8. Denies the allegations contained in the first and third sentences of paragraph 8. Admits the allegation in the second sentence of paragraph 8 that a true and correct copy of the VA's termination decision is not attached to the complaint. The remainder of the allegations contained in the second sentence of paragraph 8 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

9. Admits the allegations contained in the first sentence of paragraph 9 to the extent that they are consistent with the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 9. Admits the allegations contained in the second sentence of paragraph 9. The allegations contained in the third sentence of paragraph 9 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the allegations contained in fourth sentence of paragraph 9 for lack of knowledge or information sufficient to form a belief as to their truth.

10. The allegations contained in paragraph 10 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

11. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 10, or to any relief whatsoever.

12. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

August 28, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 28, 2007, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK