# In the United States Court of Federal Claims

| | | |
|---|---|---|
| NATIVE AMERICAN CONTRACTORS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-270 C<br><br>Filed October 22, 2007 |

## ORDER

Pursuant to Rule 16 and Appendix A of the Rules of the U.S. Court of Federal Claims ("RCFC"), the parties submitted a Joint Preliminary Status Report ("JPSR") on October 19, 2007. In the JPSR, the parties state that they intend to conduct fact and expert discovery. The Court adopts the parties' proposed discovery schedule and ORDERS:

1) Initial disclosures pursuant to RCFC 26(a)(1) shall be exchanged on or before **Friday, November 2, 2007**.

2) Fact discovery shall be closed on **Wednesday, April 30, 2008**.

3) Plaintiff's expert report, if any, shall be served on defendant on or before **Monday, June 30, 2008**.

4) Defendant's expert report, if any, shall be served on plaintiff on or before **Thursday, July 31, 2008**.

5) Depositions of the parties' experts, if any, shall be conducted on or before **Tuesday, September 30, 2008**.

6) The parties shall file a joint status report informing the Court of the progress of discovery on or before **Friday, February 1, 2008**, and every 90 days thereafter.

7) The Court notes that the parties agree that the trial of liability and the trial of damages should be bifurcated as described in paragraph "c" of the JPSR. The Court adopts the parties' proposal for bifurcation and, if necessary, for a stay of proceedings relating to damages to permit the Contracting Officer to issue a decision on convenience damages.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge