**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NATIVE AMERICAN CONTRACTORS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-270C |
| | ) | |
| v. | ) | (Judge G. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to this Court's October 22, 2007 scheduling order, the parties submit this joint status report.

The parties have made their initial disclosures, and are currently in the process of completing written discovery. The parties anticipate that they will begin deposition discovery in early March. The parties do not request any action from the Court at this time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

<u>s/ Martin F. Hockey</u>
MARTIN F. HOCKEY, JR.
Assistant Director

<u>s/ William L. Bruckner</u>
WILLIAM LEE BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road
Suite 209

<u>s/ Devin A. Wolak</u>
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division

San Diego, CA 92123
Tel. (858) 565-8300
Fax. (858) 565-0813

Attorney for Plaintiff

Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

Attorneys for Defendant

January 31, 2008

**CERTIFICATE OF FILING**

I hereby certify that on January 31, 2008, a copy of the foregoing “Joint Status Report” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Devin A. Wolak