**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NATIVE AMERICAN CONTRACTORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-270C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Miller) |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties jointly and respectfully request the Court to amend the current scheduling order to enlarge all currently scheduled dates by approximately 120 days. This request is necessary because it has taken more time than originally planned for the defendant to produce documents in this case, and this has effected the parties' efforts to schedule depositions. Therefore, the parties jointly and respectfully request that the discovery schedule in this case be amended as set forth below.

On October 22, 2007, the Court entered the scheduling order for this action. It sets the various discovery deadlines for this case as follows:

- November 2, 2007 – Initial Disclosures
- April 30, 2008 – Close of Fact Discovery
- June 30, 2008 – Plaintiff's Expert Report
- July 31, 2008 – Defendant's Expert Report
- September 30, 2008 – Deadline for Expert Depositions

For the reasons set forth more fully below, the parties jointly request that the Court amend the foregoing schedule to provide as follows:

- August 28, 2008 – Close of Fact Discovery
- October 28, 2008 – Plaintiff's Expert Report
- November 28, 2008 – Defendant's Expert Report
- January 28, 2009 – Deadline for Expert Depositions

Since the Court entered its scheduling order, the parties have engaged in document discovery and have attempted to schedule depositions. The parties also engaged in brief, but unsuccessful settlement negotiations. The defendant has experienced difficulty in gathering documents responsive to the plaintiff's requests (in particular, there were numerous photographs taken of the worksite during the period of the plaintiff's performance, and we experienced some difficulty transforming these into a producible format), and the plaintiff has granted the defendant several extensions to the response time required under the Rules. The defendant has now gathered all the documents it believes responsive to the plaintiff's requests and will make its production on or before April 4, 2008.

The defendant's delay in making its production has effected the plaintiff's ability to schedule depositions, which have now been noticed for the week of May 5, 2008.

While we intend to continue our efforts to complete fact discovery as quickly as possible, we believe it is the most prudent course to advise the Court of our view of the situation well in advance of the deadline and respectfully request an amendment to the schedule. We believe the amended schedule we propose will facilitate a more efficient process for completing discovery in this case, that it will benefit both parties, and it will conserve scarce judicial resources.

For these reasons, the parties jointly and respectfully request that the Court's October 22, 2007 scheduling order be amended as follows:

- August 28, 2008 – Close of Fact Discovery
- October 28, 2008 – Plaintiff's Expert Report
- November 28, 2008 – Defendant's Expert Report
- January 28, 2009 – Deadline for Expert Depositions

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ William L. Bruckner
WILLIAM L. BRUCKNER
Bruckner & Walker, LLP
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
Tel. (858) 565-8300
Fax. (858) 565-0813

Attorneys for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax (202) 514-8624

Attorneys for Defendant

April 2, 2007

**CERTIFICATE OF FILING**

I hereby certify that on April 2, 2007, a copy of the foregoing "JOINT MOTION TO AMEND SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin Wolak