**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NATIVE AMERICAN CONTRACTORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-270C |
| | ) | |
| THE UNITED STATES, | ) | (Judge G. Miller) |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME,**
**OUT OF TIME, AND JOINT STATUS REPORT**

I. Motion For An Enlargement Of Time, Out Of Time

Pursuant to RCFC 6(b), the parties jointly and respectfully request an enlargement of time, out of time, of 15 days, to and including Thursday, May 15, 2008, within which to file the joint status report required by the order listed in the docket entry appearing after docket entry no. 10 in this case. Our joint status report was due on May 1, 2008. This is our first request for an enlargement of time for this purpose.

This enlargement of time is necessary because counsel for both parties inadvertently overlooked the scheduled filing date. Counsels' workloads have been heavier than normal in recent months. With respect to this case, we had been planning to conduct several depositions in West Palm Beach, Florida, during the week of May 5, 2008, and had been spending the preceding weeks preparing for those depositions. Approximately two weeks before the scheduled depositions, it became apparent that changes in plaintiff's counsel's schedule, as well as the limited availability of certain Government witnesses, would not permit all of the depositions to take place on the previously noticed dates. Counsel for both parties -- who were both traveling for other cases during those two weeks -- began trying to make schedule adjustments so that the depositions could go forward as planned. These efforts were ongoing

before and after May 1, 2008, were ultimately unsuccessful, and we are continuing to work to reschedule the depositions in June 2008. It appears that our energies were so focused upon performing the depositions that we inadvertently forgot to apprise the Court of our status.

We apologize for the inconvenience our oversight may have caused the Court, and we respectfully request that the Court grant our motion for an enlargement of time, out of time, to file our joint status report, which appears immediately below.

II. Joint Status Report

Pursuant to this Court's April 2, 2008 scheduling order, the parties submit this joint status report.

On April 2, 2008, the Court granted the parties' joint motion to amend the schedule in this case. The defendant completed its document production to the plaintiff on April 3, 2008. The parties scheduled the depositions of several Government witnesses for the week beginning May 5, 2008, with all depositions taking place in West Palm Beach, Florida. Unforeseen changes to plaintiff's counsel's schedule caused the parties to try and adjust the noticed deposition dates and times, but the schedules of the Government witnesses presented conflicts that could not be resolved, and the parties agreed to suspend the depositions dates until June 2008. The parties are still trying to reconcile their June 2008 calendars, and anticipate that the depositions will be scheduled by June 1, 2008.

The parties have also engaged in limited, informal settlement discussions. These discussions have not led to an agreed resolution of the case.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ William L. Bruckner
WILLIAM LEE BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road
Suite 209
San Diego, CA 92123
Tel. (858) 565-8300
Fax. (858) 565-0813

Attorney for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

Attorneys for Defendant

May 15, 2008

**CERTIFICATE OF FILING**

I hereby certify that on May 15, 2008, a copy of the foregoing “JOINT MOTION FOR AN ENLARGEMENT OF TIME, OUT OF TIME, AND JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak