# In the United States Court of Federal Claims

| | | |
|---|---|---|
| NATIVE AMERICAN CONTRACTORS, | ) | |
| | ) | No. 07-270 C |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Filed May 16, 2008 |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On May 15, 2008, the parties filed a joint status report together with a motion requesting that the date for filing the status report be extended from May 1, 2008, to May 15, 2008. Because the parties agree on the request for an enlargement of time, the Court hereby **GRANTS** the motion. The joint status report is accepted. Pursuant to the Court's order of April 2, 2008, the next status report is due July 30, 2008, with further reports due every 90 days thereafter.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge