**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NATIVE AMERICAN CONTRACTORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-270C |
| | ) | |
| THE UNITED STATES, | ) | (Judge G. Miller) |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 16, 2008 order, the parties submit this joint status report.

In our last status report, we reported that the parties were in the process of scheduling depositions. After scheduling these depositions, but prior to taking them, the parties began to make what appeared to be significant progress in settlement discussions, and plaintiff elected to defer the depositions until a later time, if settlement discussions were not successful. Settlement discussions have not yet been successful, but are continuing.

Fact discovery is set to close on August 28, 2008. The parties recognize that this deadline is fast approaching, and that the previously scheduled depositions still have not taken place. However, we remain optimistic about the possibility of settlement, and we do not wish to request a schedule adjustment at this time. Rather, we propose to submit an additional status report on or before August 15, 2008, wherein we will inform the Court as to the status of our settlement discussions, or will require some additional time to complete fact discovery and put this case on track for judicial resolution.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ William L. Bruckner
WILLIAM LEE BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road
Suite 209
San Diego, CA 92123
Tel. (858) 565-8300
Fax. (858) 565-0813

Attorney for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

Attorneys for Defendant

July 30, 2008

**CERTIFICATE OF FILING**

I hereby certify that on July 30, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak