# In the United States Court of Federal Claims

NATIVE AMERICAN CONTRACTORS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07-270 C

Filed August 4, 2008

## ORDER

Pursuant to the Court's scheduling order of October 22, 2007 (docket entry 8), the parties submitted a joint status report on July 30, 2008 (docket entry 13). In the joint status report, the parties stated that they have made significant progress in settlement discussions, and have therefore postponed taking depositions, to be resumed at a later time if the settlement discussions are not successful.

Because the August 28, 2008 deadline for fact discovery is fast approaching, the parties suggested that they submit an additional status report on or before August 15, 2007, in which the parties will inform the Court as to the status of the settlement discussions and as to whether they may require additional time to complete fact discovery, should those discussions be unsuccessful.

In view of the foregoing, the Court hereby **ORDERS** that the parties submit a joint status report on or before **Friday, August 15, 2008.**

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge