# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIVE AMERICAN CONTRACTORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-270C |
| | ) | |
| THE UNITED STATES, | ) | (Judge G. Miller) |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's August 4, 2008 order, the parties submit this joint status report.

In our last status report, we reported that the parties had been engaged in continuing settlement discussions, and it was not yet clear whether those discussions would be successful or this case would need to proceed through the litigation process. At this point, the parties still have not reached an agreement, but we believe that we have made substantial progress in our negotiations and that our efforts are best spent trying to settle this case rather than proceeding with discovery at this time.

Therefore, the parties jointly and respectfully request that the schedule in this case be temporarily suspended for 60 days while we attempt to finalize our negotiations. We will submit our next status report at the close of the 60-day suspension, or, if appropriate, we will seek dismissal at an earlier date.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ William L. Bruckner
WILLIAM LEE BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road
Suite 209
San Diego, CA 92123
Tel. (858) 565-8300
Fax. (858) 565-0813

Attorney for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

Attorneys for Defendant

August 15, 2008

**CERTIFICATE OF FILING**

I hereby certify that on August 15, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak