# In the United States Court of Federal Claims

| | |
|---|---|
| NATIVE AMERICAN CONTRACTORS, | No. 07-270 C |
| Plaintiff, | |
| v. | Filed August 18, 2008 |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

Pursuant to the Court's scheduling order of August 4, 2008 (docket entry 14), the parties submitted a joint status report on August 15, 2008 (docket entry 15). The parties stated that they have made substantial progress in settlement negotiations, but that they have not yet reached a settlement of this litigation. Accordingly, the parties requested that discovery proceedings be suspended for 60 days while settlement discussions continue.

The Court agrees with the parties' request that discovery deadlines be extended and hereby **ORDERS** as follows:

1. The fact discovery deadline is moved from Thursday, August 28, 2008, to **Monday, October 27, 2008**.

2. The deadline to produce plaintiff's expert report is moved from Tuesday, October 28, 2008 to **Monday, December 29, 2008**.

3. The deadline to produce defendant's expert report is moved from Friday, November 28, 2008, to **Tuesday, January 27, 2009**.

4. The deadline to complete expert discovery is moved from Wednesday, January 28, 2009, to **Monday, March 30, 2009**.

5. The parties shall submit a joint status report no later than **Friday, October 17, 2008**, informing the Court of the status of their settlement negotiations or, if

appropriate, the parties shall seek dismissal of this action at an earlier date.

6. If appropriate, in their joint status report, the parties shall propose any necessary modifications to the schedule set by this Order.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge